

| Case | Number | Date | Judge | Result |
|---|---|---|---|---|
| Pringle v. State | 49A04–1612–CR–2680 | 08/18/2017 | BAILEY, J. | Reversed and remanded for a new trial |
| | | | BAKER, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Langston v. State | 90A02–1703–CR–663 | 08/18/2017 | BAKER, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Elam v. State | 49A02–1704–CR–805 | 08/18/2017 | BAKER, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Rolling v. State | 48A04–1612–CR–2848 | 08/21/2017 | BARTEAU, Sr.J. | Affirmed |
| | | | ALTICE, J. | Concurs |
| | | | RILEY, J. | Concurs in result with opinion |
| Vires v. State | 36A01–1702–CR–367 | 08/21/2017 | NAJAM, J. | Dismissed |
| | | | KIRSCH, J. | Concurs |
| | | | BROWN, J. | Concurs |
| D.C. v. K.W. | 53A01–1703–PO–595 | 08/21/2017 | NAJAM, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BROWN, J. | Concurs |
| B.H., Matter of | 77A05–1702–JT–324 | 08/21/2017 | NAJAM, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BROWN, J. | Concurs |
| J.J., Matter of | 62A01–1701–JC–142 | 08/22/2017 | BRADFORD, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Yoquelet v. State | 57A03–1611–CR–2550 | 08/22/2017 | FRIEDLANDER, Sr.J. | Reversed and remanded with instructions |
| | | | BAILEY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Foster v. State | 49A02–1703–CR–618 | 08/22/2017 | BAILEY, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Bankhead v. State | 49A02–1701–CR–88 | 08/22/2017 | BRADFORD, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BARNES, J. | Concurs |